**SMITH v. BLYTHE DEV. CO.**

[363 N.C. 119 (2009)]

KEITH SMITH AND MARY SMITH v. BLYTHE DEVELOPMENT COMPANY

No. 394A08

(Filed 20 March 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 192 N.C. App. ——, 665 S.E.2d 154 (2008), reversing an order granting summary judgment for defendant entered on 1 October 2007 by Judge Richard D. Boner in Superior Court, Mecklenburg County, and remanding for further proceedings. Heard in the Supreme Court 23 February 2009.

*Grier Furr & Crisp, PA, by Alan M. Presel, for plaintiff-appellees.*

*York, Williams & Lewis, L.L.P., by Gregory C. York, Angela M. Easley and David M. Harmon, for defendant-appellant.*

PER CURIAM.

AFFIRMED.